**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CR-13-194-R |
| | ) | |
| JESSICA CHRONISTER, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

Before the Court are two letters submitted by Defendant [Doc. Nos. 106, 107] asking when she is going to be transferred to her designated facility and requesting that she be allowed to return home for the remainder of the sentence. Defendant is advised that a party applying to the court for an order must generally do so by a motion that that includes the grounds on which it is based and the relief sought. *See* Fed. R. Crim. P. 47. Additionally, to the extent Defendant's letters request that she be relocated to a different facility or moved into home confinement, the Court lacks jurisdiction to consider this request because the Bureau of Prisons retains primary authority over a federal prisoner's place of confinement. *See United States v. Miller*, 594 F.3d 1240, 1242 (10th Cir. 2010).

IT IS SO ORDERED this 5th day of June, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE